IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY E. LESKINEN *

           Plaintiff *

v *  Civil Action No. MJG-12-2648

PORTFOLIO RECOVERY *
ASSOCIATES, LLC.
 *

           Defendant

\*\*\*

## ORDER

Plaintiff, by her counsel, has filed a notice of voluntary dismissal. At this preliminary stage of the proceeding, no service has been made on defendant. Accordingly, it is this ___9th___ day of October 2012, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) IS DISMISSED without prejudice; and

2. This case IS DISMISSED without prejudice and CLOSED.

                                                   /s/
                                 Marvin J. Garbis
                                 United States District Judge